# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:08CR297** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **CHERYL J. TAVERNIER,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Cheryl J. Tavernier's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 26).

On July 16, 2008, the government filed an Indictment against Defendant. (Dkt. # 1). On November 14, 2008, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea. (Dkt. # 22).

On November 19, 2008, a hearing was held in which Defendant entered a plea of guilty to Count 1 of the Indictment, making false statements in connection with the acquisition of a firearm, in violation of 18 U.S.C. § 922(a)(6). Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation

("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 26).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood her constitutional rights. She is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count 1 in violation of 18 U.S.C. § 922(a)(6). The sentencing will be held on February 25, 2009, at 10:00 a.m.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus - December 9, 2008**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**